

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-20-00450-CV

**IN RE ROBERT L. MARSHAL, II, ET AL.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16836
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

On September 11, 2020, relators filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than October 27, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on this 12th day of October, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court